November 24, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

WILMA REYNOLDS, Appellant

NO. 14-14-00624-CV                      V.

DAVID  REYNOLDS, Appellee

_____

      This cause, an appeal from the judgment in favor of appellee, David Reynolds, signed July 30, 2014, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

      We order appellant, Wilma Reynolds, to pay all costs incurred in this appeal.

      We further order this decision certified below for observance.